UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

THE FAMILY ROSARY, INC.,
        Plaintiff

V.

                                            CA 03-30277-KPN

BOWDOIN CONSTRUCTION CORP.,
ET AL,
        Defendant

<u>ORDER OF TRANSFER</u>

November 19, 2003

NEIMAN, M.J.

    On November 18, 2003, the above captioned case was filed in the Springfield Division by counsel from Albany, NY. Upon review of the complaint and finding that none of the parties reside in the Western Division, and finding that the performance of the contract in dispute occurred in the Eastern Division, it is clear that the case should be transferred to the Eastern Division in Boston.

    It is hereby ordered that the case be transferred to the Eastern Division for reassignment by the Clerk.

    It is so ordered.

                                                   United States Magistrate Judge