FILED
IN CLERK'S OFFICE

2003 DEC 10  A 11: 23

U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

THE FAMILY ROSARY, INC.,

  Plaintiff,

- against -

BOWDOIN CONSTRUCTION CORP.;
ST. PAUL FIRE & MARINE INSURANCE
COMPANY,

  Defendants.

---

Civil Action No.
3:03-CV-30277-KPN

## MOTION FOR AN ORDER ADMITTING ATTORNEY *PRO HAC VICE*

Brian R. Haak, Esquire, a member of the bar of this Court, and an associate in the law firm of Tobin and Dempf, LLP, counsel to the above captioned Plaintiff The Family Rosary, Inc., hereby moves this Court for admission of Michael L. Costello, Esquire, of the law firm of Tobin and Dempf, LLP, to appear and practice in this Court in the above captioned case and all matters arising in or related to this case.

In support of this Motion, I respectfully represent as follows:

1. I am an associate in the law firm of Tobin and Dempf, LLP, 33 Elk Street, Suite 100, Albany, New York 12207, and a member in good standing of, inter alia, the bars of the Commonwealth of Massachusetts, the United States District Court for the District of Massachusetts, the United States Court of Appeals for the First Circuit, the State of New York, and the United States District Court for the Northern District of New York.

2. Tobin and Dempf, LLP, is counsel for the Plaintiff in the above captioned case.

3. Michael L. Costello, Esquire, is a partner in the law firm of Tobin and Dempf, LLP, 33 Elk Street, Suite 100, Albany, New York 12207.

4. As set forth in the accompanying Affidavit of Michael L. Costello, Mr. Costello is a member in good standing of the Bar of every jurisdiction in which he has been admitted, including the bars of the State of New York, the United States District Court for the Northern District of New York, the United States District Court for the Eastern District of New York, the United States District Court for the Southern District of New York, the United States District Court for the Western District of New York, the United States Court of Appeals for the Second Circuit, and the United States Supreme Court, and there are no disciplinary proceedings pending against Mr. Costello as a member of any such bar.

WHEREFORE, the undersign respectfully requests that this Court enter an order granting Michael L. Costello, Esquire, leave to appear and practice in this Court in the above captioned case and all matters arising out of or related to these cases.

Dated: December 8, 2003
Albany, New York

Brian R. Haak (BBO # 655497)
TOBIN AND DEMPF, LLP
33 Elk Street, Suite 100
Albany, New York 12207
Telephone: (518) 463-1177
Facsimile: (518) 463-7489

FILED
IN CLERK'S OFFICE

2003 DEC 10 A 11: 23

U.S. DISTRICT COURT
DISTRICT OF MASS.

FILING FEE PAID:
RECEIPT #
AMOUNT $
BY DPTY CLK
DATE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS     EASTERN DIVISION

---

THE FAMILY ROSARY, INC.,

           Plaintiff,

-against-                                    **Civil Action No.:**
                                             **03-30277-KPN**

BOWDOIN CONSTRUCTION CORP.;
ST. PAUL FIRE & MARINE INSURANCE COMPANY,

           Defendants.

---

### AFFIRMATION OF MICHAEL L. COSTELLO, ESQUIRE IN SUPPORT OF MOTION FOR AN ORDER ADMITTING ATTORNEYS *PRO HAC VICE*

Michael L. Costello, Esquire hereby deposes and states as follows:

1. I am an attorney and partner with the law firm of Tobin and Dempf, LLP, with offices located at 33 Elk Street, Albany, New York 12207. I make this affirmation on personal knowledge under penalties of perjury and submit it in support of the accompanying motion for an order admitting attorneys *pro hac vice*.

2. I am duly admitted to practice before the courts of the State of New York, the United States District for the Northern District of New York, the United States District for the Southern District of New York, the United States District for the Western

District of New York, the United States District for the Eastern District of New York, the Court of Appeals for the Second Circuit, and the United States Supreme Court.

3.  I am a member of good standing of all courts to which I am admitted. I am not under suspension or disbarment by any court, nor am I the subject of any pending disciplinary proceedings.

4.  I have acquainted myself with the local civil rules of the United States District Court for the District of Massachusetts. I recognize and accept that if I am admitted *pro hac vice* in this action, I will be within the disciplinary jurisdiction of this court.

I will notify this court immediately of any matter affective my standing before the court of any jurisdiction in which I am admitted to practice law.

Dated:   December 8, 2003
         Albany, New York

_____
Michael L. Costello