# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DATE FILED: 11/18/2003
INDEX #: 03-30277-KPN

THE FAMILY ROSARY, INC.

*Plaintiff(s)/Petitioner(s)*

against

BOWDOIN CONSTRUCTION CORP., ET ANO.

*Defendant(s)/Respondent(s)*

STATE OF MA
COUNTY OF Suffolk

Dennis Mahoney being duly sworn, deposes and says, that deponent is not a party to this action, is over 18 years of age and resides in the state of MA. That on (date) 11/26/03 at (time) 10:20 AM at (service address) 220-1 Reservoir Street, Needham Heights, MA
Deponent served the within **SUMMONS IN A CIVIL CASE AND COMPLAINT,**
Upon **BOWDOIN CONSTRUCTION CORP.**      ( ) Witness      ( ) Respondent      (X) Defendant
(hereinafter called the recipient)

☐ **INDIVIDUAL** — by delivering a true copy of each to said recipient personally. ☐deponent knew the person described as said person therein. ☐recipient was identified by self admission.

(X) **CORPORATION** — A corporation, by delivering thereat a true copy of each to Mr. Chris Keely personally, deponent knew said corporation so served to be the corporation, described in same as said recipient an knew said individual to be Vice President thereof, duly authorized to accept legal process

☐ **NON-CORPORATE ENTITY** — A _____, by delivering thereat a true copy of each to _____ personally, deponent knew said so served to be the entity described in same as said recipient and knew sai individual to be _____ thereof.

☐ **SUITABLE AGE PERSON** — by delivering a true copy of each to _____ a person of suitable age and discretion Said premises is recipient's ☐actual place of business ☐dwelling house (usual place of abode) within the state.

☐ **AFFIXING TO DOOR** — by affixing a true copy of each to the door of said premises, which is recipient's ☐actual place of business ☐dwellin house (usual place of abode) within the state. Deponent was unable, with due diligence to find recipient or a perso of suitable age and discretion, thereat, having called thereat:
____m____ ____m____ ____m____ ____m____ ____m____
Deponent talked to _____ at _____ who stated recipient ☐lived ☐worked at th service address above.

☐ **MAILING** — Deponent completed service by depositing a true copy of each properly sealed postpaid with first class postage an addressed to the recipient at _____ in an official depositor under the exclusive care and custody of the U.S. Postal Service. The envelope was marked personal an confidential. ☐The mailing as also made by certified mail, receipt number _____ within on day after such delivery. ☐A return receipt was requested.

_____
Date Mailed

(X) **DESCRIPTION**

| Sex | skin color | hair color | age | height | weight | other features |
|---|---|---|---|---|---|---|
| M | W | Salt & Pepper | 45 | 6'1" | 175 | balding |

☐ **WITNESS FEE** — $_____ the authorized traveling expenses and witness fee ☐was paid to ☐was tendered and wa refused by recipient.

( ) **MILITARY SERVICE** — I asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he/she was not. Documents were properly endorsed with index number and date of filing.

Sworn before me on 11/26/03

_____
NOTARY PUBLIC

JOSEPH P. BUTLER
Notary Public
Commonwealth of Massachusetts
My Commission Expires
April 9, 2010

_____
Print name below signature
Dennis Mahoney, Constable
and Disinterested Person
LIGHTNING LEGAL SERVICES, LLC
P.O. BOX 9132, ALBANY, NY 12209
26566

AO 440 (Rev. 10/93) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | November 26, 2003    at    10:20 AM |
| NAME OF SERVER (PRINT)<br>Dennis Mahoney | TITLE<br>Constable & Disinterested Person |

Check one box below to indicate appropriate method of service

[XX] Served personally upon the defendant. Place where served: Bowdoin Construction Corp. at 220-1 Reservoir Street, Needham Heights, MA 02494

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___November 26, 2003___          _/s/ Dennis Mahoney_
                    Date                                        Signature of Server

_____
Address of Server

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.