# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DATE FILED: 11/18/2003
INDEX #: 03-30277-KPN

FILED IN CLERK'S OFFICE
'03 DEC 22 P 1:51
U.S. DISTRICT COURT
DISTRICT OF MASS.

THE FAMILY ROSARY, INC.

Plaintiff(s)/Petitioner(s)

against

BOWDOIN CONSTRUCTION CORP., ET ANO.

Defendant(s)/Respondent(s)

STATE OF MN
COUNTY OF RAMSEY

GREG SHACKLE being duly sworn, deposes and says, that deponent is not a party to this action, is over 18 years of age and resides in the state of MN.
That on (date) 12/1/03 at (time) 9:52 AM at (service address) 385 WASHINGTON ST., ST. Paul, MN. 55102
Deponent served the within SUMMONS IN A CIVIL CASE AND COMPLAINT,
Upon ST. PAUL FIRE & MARINE INSURANCE COMPANY   ( ) Witness   ( ) Respondent   (X) Defendant
(hereinafter called the recipient)

☐ INDIVIDUAL — by delivering a true copy of each to said recipient personally. ☐deponent knew the person described as said person therein. ☐recipient was identified by self admission.

(X) CORPORATION — A corporation, by delivering thereat a true copy of each to Nicole Halgrimson to be the corporation, described in same as said recipient and personally, deponent knew said corporation so served to be the corporation, described in same as said recipient and knew said individual to be Agent for Process thereof, duly authorized to accept legal process.

☐ NON-CORPORATE ENTITY — A _____, by delivering thereat a true copy of each to _____ personally, deponent knew said so served to be the entity described in same as said recipient and knew said individual to be _____ thereof.

☐ SUITABLE AGE PERSON — by delivering a true copy of each to _____ a person of suitable age and discretion. Said premises is recipient's ☐actual place of business ☐dwelling house (usual place of abode) within the state.

☐ AFFIXING TO DOOR — by affixing a true copy of each to the door of said premises, which is recipient's ☐actual place of business ☐dwelling house (usual place of abode) within the state. Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, thereat, having called thereat:
___m ___m ___m ___m ___m
Deponent talked to _____ at _____ who stated recipient ☐lived ☐worked at the service address above.

☐ MAILING — Deponent completed service by depositing a true copy of each properly sealed postpaid with first class postage and addressed to the recipient at _____ in an official depository under the exclusive care and custody of the U.S. Postal Service. The envelope was marked personal and confidential. ☐The mailing as also made by certified mail, receipt number _____ within one day after such delivery. ☐A return receipt was requested.

Date Mailed _____

(X) DESCRIPTION
Sex: F   skin color: White   hair color: BRN   age: 25-30   height: 5'6"   weight: 150   other features: _____

☐ WITNESS FEE — $_____ the authorized traveling expenses and witness fee ☐was paid to ☐was tendered and was refused by recipient.

( ) MILITARY SERVICE — I asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he/she was not. Documents were properly endorsed with index number and date of filing.

Sworn before me on 12/2/03

_____
NOTARY PUBLIC

SCOTT A. GRAY
NOTARY PUBLIC

_____
Print name below signature

LIGHTNING LEGAL SERVICES, LLC
P.O. BOX 9132, ALBANY, NY 12209
26565

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me¹ | DATE 12/1/03 |
| NAME OF SERVER (PRINT) CALEB SHACKLE | TITLE Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 385 WASHINGTON ST., ST. Paul, Minnesota

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 12/1/03
Date

Signature of Server

Address of Server: 330 2nd Ave. S. #150, Mpls., Mn. 55401

¹ As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.