UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

THE FAMILY ROSARY, INC.

    Plaintiff,                                 **STATUS REPORT**

       -against-                           CA No. 30277 DPW

BOWDOIN CONSTRUCTION CORP.;
ST. PAUL FIRE & MARINE INSURANCE
COMPANY,

---

       In response to the scheduling order dated March 23, 2004 the parties report herewith the status of this action.

1. The arbitration proceeding commenced by the defendants with the American Arbitration Association has been withdrawn.

2. The parties have initiated settlement discussions.

3. Counsel are working on a stipulation of settlement and discontinuance at this time.

                                                       Respectfully submitted,

                                                       For the Plaintiff,
                                                       The Family Rosary, Inc.
                                                       By its attorneys,
                                                       Tobin and Dempf, LLP

Dated: August 16, 2004             By:     /s/**Michael L. Costello**
                                                         Michael L. Costello
                                                        33 Elk Street
                                                        Albany, NY 12207
                                                       Tel: (518) 463-1177
                                                       Fax: (518) 463-7489
                                                       Pro Hac Vice Order of 12/29/2003

To:     Warren H. Brodie, Esq.
           40 Grove Street
           Wellesley, MA 02482
           (781) 235-1100
           (781) 237-8686
           BBO #058000