UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

THE FAMILY ROSARY, INC.,
        Plaintiff

                                                CIVIL ACTION NO. 03-30277-DPW

 v.

BOWDOIN CONSTRUCTION CORP.,
    Defendant

## SETTLEMENT ORDER OF DISMISSAL

WOODLOCK, District Judge

   The Court having been advised this date that the above-entitled action has been settled

with respect to all parties;

   IT IS ORDERED that the above captioned matter be, and it hereby is, DISMISSED without

costs and without prejudice to the right of any party upon good cause shown within 30 days,

to reopen the action if settlement is not consummated, otherwise the parties shall file a

Stipulation of Dismissal, Notice of Voluntary Dismissal,  or an Agreement for Judgment with

the Court no later than **OCTOBER 20, 2004**

        The conference previously set for September 22, 2004 is canceled in view of the

settlement.


                                        BY THE COURT,

                                        /s Rebecca Greenberg

                                        Deputy Clerk
DATED:  September 20, 2004